John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
PATRICK VINATIERI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK VINATIERI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AARON MOSLEY, CRAIG WONG, CORY JOHNSON, OSCAR ORTIZ, COUNTY OF NAPA, MICHAEL VALLERGA, EILEEN MCMULLEN, ARNOLD VALLERGA and Does 1-25, inclusive.<br><br>　　　　　Defendants. | **Case No.:  3:10-CV-03854 RS**<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT, VACATE DEFENDANTS' MOTION TO DISMISS AND RE-SCHEDULE CASE MANAGEMENT CONFERENCE** |

　　　IT IS HEREBY STIPULATED by and between counsel for all parties in the above-referenced matter:

　　　WHEREAS, counsel for plaintiff, John Scott, substituted into this case on January 3, 2011, and

　　　WHEREAS, counsel for all parties agree and stipulate that plaintiff will file a First Amended Complaint by January 24, 2011, and

　　　WHEREAS, defendants agree to withdraw the Motion to Dismiss currently scheduled to be heard on February 3, 2011, and

1

1 | WHEREAS, counsel for all parties stipulate to continue the Case Management Conference currently scheduled for February 24, 2011 at 10:00 a.m. for 60 days; and

WHEREAS, counsel for all parties stipulate to continuing all attendant dates for 60 days.

Dated: January 14, 2011                                   **SCOTT LAW FIRM**

By:  /s/ John H. Scott
     John Houston Scott
     Attorney for Plaintiff

**JONES & DYER**

Dated: January 14, 2011

By:  /s/ Mark Jones
     Mark Jones
     Attorney for Defendants
     AARON MOSLEY, CRAIG
     WONG, CORY JOHNSON,
     OSCAR ORTIZ and County of
     NAPA

**BABIN & SEEGER, LLP**

Dated: January 14, 2011

By:  /s/ Martin Seeger
     Martin L. Seeger, IV
     Attorney for Defendant
     ARNOLD VALLERGA

2

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO ALLOW
PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

1. Plaintiff has until January 24, 2011 to file his First Amended Complaint;
2. The hearing for Defendants' Motion to Dismiss scheduled for February 3, 2011 is hereby vacated;
3. The Case Management Conference currently scheduled for February 24, 2011 at 10:00 a.m. is hereby continued by 60 days, or to April 21, 2011 at 10:00 a.m.; and
4. All attendant dates have been continued by 60 days.

Dated:   1/20/11

_____
United States District Court Judge