```
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #: 96494

Attorneys for Defendants: Aaron Mosley, Craig Wong, Cory Johnson, Oscar Ortiz, County of Napa
```

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK VINATIERI<br>　　　　　　　Plaintiff,<br>vs.<br><br>AARON MOSLEY, CRAIG WONG, CORY JOHNSON, OSCAR ORTIZ, COUNTY OF NAPA, MICHAEL VALLERGA, EILEEN McMULLEN, ARNOLD VALLERGA and Does 1-25, inclusive,<br>　　　　　　　Defendants. | NO. 3:10-CV-03854 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br>AS MODIFIED BY THE COURT<br>Date:   April 21, 2011<br>Time:  10:00 a.m.<br>Judge: Honorable Richard Seeborg<br>Location: Courtroom: 3 |

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

1.　The Case Management Conference is presently scheduled in this matter to be held on April 21, 2011 at 10:00 a.m. Plaintiff was previously granted leave to file a first amended complaint, and plaintiff did so. Defendants' Aaron Mosley, Craig Wong, Cory Johnson, Oscar Ortiz and the County of Napa filed a Motion to Dismiss the First Amended Complaint. The court heard oral argument, took the matter under submission and thereafter issued its order granting Defendants' Motion to Dismiss, with leave to amend as to five of the six causes of action in the first amended complaint (Order filed April 7, 2011 - Document 27.) The court's order requires plaintiff to amend his first amended complaint within thirty days of the date of the order, if plaintiff intends to proceed.

2.　Plaintiff intends to file an amended complaint consistent with the court's order. The public entity defendants expect to file a further motion to dismiss once the amended complaint is filed in light of the court's order.

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

1       3.      The parties believe that the Case Management Conference should be continued until
2  such time as the issues regarding the pleadings are resolved to enable the parties to be in a better
3  position to address time frames for discovery and trial.  Accordingly, the parties stipulate to
4  continuing the Case Management Conference from April 21, 2011 to an appropriate date
5  approximately 90 days from that date and further stipulate that all dates attendant to the Case
6  Management Conference be likewise continued.

7  Dated: April 11, 2011                                    SCOTT LAW FIRM

9                                                           BY:    /s/ John Houston Scott
                                                                   John Houston Scott
10                                                                 Attorney for Plaintiff

11
12 Dated:  April 11, 2011                                   JONES & DYER

13                                                          BY:    /s/ Mark A. Jones
                                                                   MARK A. JONES
14                                                                 Attorney for Defendants
                                                                   Aaron Mosley, Craig Wong, Cory
15                                                                 Johnson, Oscar Ortiz, County of Napa

16 Dated: April 11, 2011                                    BABIN & SEEGER, LLP

17
                                                            BY:    /a/ Martin L. Seeger, IV
18                                                                 Martin L. Seeger, IV
                                                                   Attorney for Defendant
19                                                                 Arnold Vallerga

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

H:\MAJ.cases\Vinatieri v. Mosely\Pleadings\Stip & Order to continue CMC.wpd                -2-

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED:

1. The Case Management Conference currently scheduled for April 21, 2011 at 10:00 a.m. is hereby continued by 90 days, or to July 21, 2011 at 10:00 a.m.; and

2. All attendant dates have been continued by 90 days. accordingly.

Date:   4/11/11

_____
United States District Court Judge

---

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

H:\MAJ.cases\Vinatieri v. Mosely\Pleadings\Stip & Order to continue CMC.wpd          -3-