*E-Filed 7/14/11*

1  SCOTT LAW FIRM
   1388 Sutter St., Ste. 715
2  San Francisco, Ca 94019
   415-561-9601
3
   JOHN HOUSTON SCOTT, State Bar #: 72578
4
   Attorney for Plaintiff
5

6  JONES & DYER
   A Professional Corporation
7  1800 J Street
   Sacramento, California 95811
8  Telephone:  (916) 552-5959
   Fax: (916) 442-5959
9
   MARK A.  JONES, State Bar #: 96494
10
   Attorneys for Defendants: Aaron Mosley, Craig Wong, Cory Johnson, Oscar Ortiz, and County of Napa
11
   BABIN & SEEGER
12 3550 Round Barn Blvd., Ste. 201
   Santa Rosa, CA 95403
13 707-526-7370
   707-526-0307 - Fax
14
   MARTIN SEEGER, State Bar #:58264
15
   Attorneys for Defendant:  Arnold Vallerga
16

17               UNITED STATES DISTRICT COURT

18               NORTHERN DISTRICT OF CALIFORNIA

19

20 PATRICK VINATIERI,                    )  NO. 3:10-CV-03854 RS
                                         )
21                                       )  STIPULATION FOR ENTRY OF
                           Plaintiff,    )  JUDGMENT AND JUDGMENT
22 vs.                                   )
                                         )
23                                       )
   AARON MOSLEY, CRAIG WONG, CORY        )
24 JOHNSON, OSCAR ORTIZ, COUNTY OF NAPA, )
   MICHAEL VALLERGA, EILEEN McMULLEN,    )
25 ARNOLD VALLERGA and Does 1-25, inclusive, )
                                         )
26                         Defendants.   )
   _____ )
27

28         The parties, by and through their counsel of record, hereby stipulate and agree as follows:

              **STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT**

1        1.      Plaintiff, Patrick Vinatieri, filed his First Amended Complaint on January 24, 2011.

2   The complaint contained various Federal constitutional claims against all defendants, as well as

3   additional State claims against defendants Michael Vallerga, Eileen McMullen and Arnold Vallerga.

4   The court granted a Motion to Dismiss the First Amended Complaint filed by the County of Napa,

5   Aaron Mosley, Craig Wong, Cory Johnson and Oscar Ortiz with leave to amend.

6        2.      Plaintiff filed his Second Amended Complaint, naming only Deputy Aaron Mosley,

7   Michael Vallerga, Eileen McMullen and Arnold Vallerga.  The Second Amended Complaint

8   contained both Federal and State claims similar to those in the First Amended Complaint.

9   Defendants Aaron Mosley and Arnold Vallerga filed separate Motions to Dismiss the Second

10   Amended Complaint.  Defendants Michael Vallerga and Eileen McMullen have been served, but

11   dispute valid service.

12        3.      By its order filed June 20, 2011, the court granted defendant Aaron Mosley's Motion

13   to Dismiss the four Federal claims against him.  The court further granted Defendant Arnold

14   Vallerga's Motion to Dismiss the four Federal claims against him, as well as the State claim for

15   negligent infliction of emotional distress against him.  The court ordered that all of these claims shall

16   be dismissed without leave to amend.

17        4.      Based upon the pleadings and the court's June 20, 2011 order granting Defendants'

18   Motions to Dismiss, the parties stipulate and agree that the claims against Defendants County of

19   Napa, Aaron Mosley, Craig Wong, Cory Johnson and Oscar Ortiz, including such claims set forth in

20   any of plaintiff's complaints filed herein, shall be dismissed with prejudice.   The parties stipulate

21   and agree that the claims against Arnold Vallerga shall be dismissed with prejudice.  The parties

22   further stipulate and agree that the Second Amended Complaint is dismissed without prejudice as to

23   Michael Vallerga and Eileen McMullen.

24        5.      Based upon the parties stipulation and agreement as set forth above, the parties further

25   stipulate and agree that the court shall enter judgment against plaintiff, Patrick Vinatieri, and in favor

26   of defendants County of Napa, Aaron Mosley, Craig Wong, Cory Johnson, Oscar Ortiz and Arnold

27   Vallerga, and shall dismiss the Second Amended Complaint without prejudice as to defendants

28   Michael Vallerga and Eileen McMullen.

**STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT**

1

2 Dated: July 14, 2011                                    SCOTT LAW FIRM

3

4                                                         BY: ___/s/ John Houston Scott_____
                                                              JOHN HOUSTON SCOTT
5                                                             Attorney for Plaintiff

6 Dated:  July 14, 2011                                   JONES & DYER

7

8                                                         BY: ____/s/ Mark A. Jones_____
                                                              MARK A.  JONES
9                                                             Attorney for Defendants
                                                              Aaron Mosley, Craig Wong, Cory
10                                                            Johnson, Oscar Ortiz, and County of
                                                              Napa
11

12 Dated: July 14, 2011                                   BABIN & SEEGER, LLP

13

14                                                        BY:___/s/ Martin L. Seeger, IV_____
                                                              MARTIN L. SEEGER, IV
15                                                            Attorney for Defendant
                                                              Arnold Vallerga
16

17                                     **JUDGMENT**

18          Based upon the Stipulation of the parties and good cause appearing therefore, Judgment is

19 hereby entered against plaintiff, Patrick Vinatieri and in favor of defendants County of Napa, Aaron

20 Mosley, Craig Wong, Cory Johnson, Oscar Ortiz and Arnold Vallerga.  The court further orders that

21 the Second Amended Complaint is dismissed without prejudice as to defendants Michael Vallerga

22 and Eileen McMullen.

23

24 Date:   7/14/11

25                                                        _____
                                                          Honorable Richard Seeborg
26                                                        District Court Judge

27

28

**STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT**

H:\M A I cases\Vinatieri v. Mosely\Pleadings\Stip & Order re entry of judgment and judgment.Draft 1wpd.wpd

-3-